```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 16293
    CRAIG S RADEK
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8877


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 06/24/2008 and was not confirmed.

    The case was converted to chapter 7 without confirmation 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
MARK R DOHERTY            NOTICE ONLY     NOT FILED            .00           .00
GMAC MORTGAGE             NOTICE ONLY     NOT FILED            .00           .00
US BANK/RETAIL PAYMENT    SECURED NOT I      776.00            .00        776.00
GMAC MORTGAGE             CURRENT MORTG         .00            .00           .00
GMAC MORTGAGE             SECURED NOT I         .00            .00           .00
US BANK/RETAIL PAYMENT    UNSECURED       NOT FILED            .00           .00
E TRAD                    CURRENT MORTG         .00            .00           .00
E TRAD                    SECURED NOT I         .00            .00           .00
FIFTH THIRD BANK          SECURED NOT I         .00            .00           .00
FIFTH THIRD BANK          UNSECURED       NOT FILED            .00           .00
ABSOLUTE WINDOWS          UNSECURED        17624.52            .00           .00
ABSOLUTE WINDOWS          UNSECURED       NOT FILED            .00           .00
AMERICAN EXPRESS BANK     UNSECURED         8370.29            .00           .00
AMERICAN EXPRESS          UNSECURED        15966.54            .00           .00
CAPITAL ONE BANK          UNSECURED        21030.31            .00           .00
COOK COUNTY TREASURER     UNSECURED       NOT FILED            .00           .00
DEKALB CLINIC             UNSECURED           96.48            .00           .00
HSBC BANK                 UNSECURED       NOT FILED            .00           .00
HSBC BANK                 UNSECURED       NOT FILED            .00           .00
HSBC                      UNSECURED          557.43            .00           .00
HSBC/BEST BUY             UNSECURED       NOT FILED            .00           .00
HSBS BEST BUY             NOTICE ONLY     NOT FILED            .00           .00
NICOR GAS                 UNSECURED       NOT FILED            .00           .00
RESOURCE BANK             UNSECURED       NOT FILED            .00           .00
STONEGATE PROPERTIES      UNSECURED       NOT FILED            .00           .00
TARGET NATIONAL BANK      UNSECURED          225.35            .00           .00
LVNV FUNDING              UNSECURED        18777.87            .00           .00
US DEPT OF EDUCATION      UNSECURED       NOT FILED            .00           .00
WELLS FARGO FINANCIAL BA  UNSECURED         5347.29            .00           .00
WELLS FARGO FINANCIAL IL  UNSECURED         1144.00            .00           .00
ANGIE VALENCIA            NOTICE ONLY     NOT FILED            .00           .00
GMAC MORTGAGE             UNSECURED       NOT FILED            .00           .00
E TRAD                    UNSECURED       NOT FILED            .00           .00
JOSEPH P DOYLE            DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                          67.48

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 16293 CRAIG S RADEK
```

```
DEBTOR REFUND           REFUND                                   2,381.52

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 3,225.00

PRIORITY                                              .00
SECURED                                            776.00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                67.48
DEBTOR REFUND                                    2,381.52
                        ---------------    ---------------
TOTALS                  3,225.00                 3,225.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/27/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE